**THOMAS B. EMORY, Administrator d. b. n. of Mary Barber v. BENJAMIN BARBER and EDWARD BARBER.**

Court of Chancery. Kent. May, 1821.